UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE G. VILLALTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. CATES, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:21-cv-1457-HBK (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS |

　　　　Plaintiff initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on September 29, 2021.  (Doc. No. 1).  Plaintiff did not accompany his complaint with the $402.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

　　　　Accordingly, it is **ORDERED**:

　　　　Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis*; or (2) pay the $402.00 filing fee.  If Plaintiff fails to timely comply with this order, the undersigned will recommend the Court dismiss this case for Plaintiff's failure to comply with a court order and/or prosecute this action.

Dated: 　October 1, 2021　

　　　　　　　　　　　　　　　　　　　　　　/s/ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE