UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE G. VILLALTA, | Case No. 1:21-cv-01457-ADA-HBK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | (ECF No. 12) |
| B. CATES, et al. | |
| Defendants. | |

Plaintiff Jose Villalta ("Plaintiff"), is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 11, 2023, the assigned Magistrate Judge filed a Findings and Recommendations, which was served on Plaintiff and contained a notice that Objections to the Findings and Recommendations were to be filed within fourteen days. (ECF No. 12.) Plaintiff failed to file any objections and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

Accordingly,

1. The Findings and Recommendation, filed on January 11, 2023, (ECF No. 12), is adopted in full; and

2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated:   March 20, 2023

UNITED STATES DISTRICT JUDGE